# **EXHIBIT D**

## RingConn Infringement Claim Chart – U.S. Pat. No. 11,188,124

| Independent Claim 1 of the '124 patent | RingConn Smart Ring, Gen. 1 and Gen. 2 ("Accused Products") |
|---|---|
| **[1-P]** A wearable computing device configured to be worn around a finger of a wearer comprising: | Plaintiff asserts that the preamble is limiting. The Accused Products are wearable computing devices configured to be worn around a finger of a wearer comprising: |

**RingConn Infringement Claim Chart – U.S. Pat. No. 11,188,124**

| Independent Claim 1 of the '124 patent | RingConn Smart Ring, Gen. 1 and Gen. 2 ("Accused Products") |
|---|---|
|  |  |

**RingConn Infringement Claim Chart – U.S. Pat. No. 11,188,124**

| Independent Claim 1 of the '124 patent | RingConn Smart Ring, Gen. 1 and Gen. 2 ("Accused Products") |
|---|---|
| | **Accurate Health Starts on Your Finger**<br><br>Unlike wrist-worn smartwatches, the RingConn Gen 2 Smart Ring utilizes the finger's thin skin and abundant capillaries for precise tracking. Despite its slim design, the RingConn Gen 2 incorporates advanced PPG sensors, temperature sensors, and 3D accelerometers to ensure exceptional accuracy.<br><br>https://www.kickstarter.com/projects/2059923007/ringconn-gen-2-ultimate-lightness-12-days-battery?ref=discovery |
| **[1-A]** an external housing having an outer surface, an interior surface and sidewalls, wherein the interior surface and the sidewalls are characterized by approximately a C-shaped cross section and define an interior space, and wherein the interior space is configured to retain a plurality of components; | The Accused Products include an external housing having an outer surface, an interior surface and sidewalls, wherein the interior surface and the sidewalls are characterized by approximately a C-shaped cross section and define an interior space, and wherein the interior space is configured to retain a plurality of components as shown below by CT Scan images of the Accused Products:<br><br>Volume 1 ⇒ Cylinder 1 alignment system     3D |

3

**RingConn Infringement Claim Chart – U.S. Pat. No. 11,188,124**

| Independent Claim 1 of the '124 patent | RingConn Smart Ring, Gen. 1 and Gen. 2 ("Accused Products") |
|---|---|
|  |  |

4

## RingConn Infringement Claim Chart – U.S. Pat. No. 11,188,124

| Independent Claim 1 of the '124 patent | RingConn Smart Ring, Gen. 1 and Gen. 2 ("Accused Products") |
|---|---|
| **[1-B1]** wherein the plurality of components comprises:<br><br>a curved rechargeable battery disposed within the interior space of the housing, wherein the rechargeable battery is curved to conform to the interior surface; | The Accused Products include a plurality of components that comprise a curved rechargeable battery disposed within the interior space of the housing, wherein the rechargeable battery is curved to conform to the interior surface. |

5

**RingConn Infringement Claim Chart – U.S. Pat. No. 11,188,124**

| Independent Claim 1 of the '124 patent | RingConn Smart Ring, Gen. 1 and Gen. 2 ("Accused Products") |
|---|---|
| |  |

**RingConn Infringement Claim Chart – U.S. Pat. No. 11,188,124**

| Independent Claim 1 of the '124 patent | RingConn Smart Ring, Gen. 1 and Gen. 2 ("Accused Products") |
|---|---|
| | **Battery & Power**<br>- Ring Battery Life: Up to 7 days on a single charge.<br>- Portable Charging Case: 500mAh capacity for 18 full recharges.<br>- Full charge in 90 minutes with Ring's fast charging capability.<br><br>https://ringconn.com/products/smart-ring |
| **[1-B2]** a printed circuit board disposed within the interior space configured to approximately conform to the interior surface; | The Accused Products include a printed circuit board disposed within the interior space configured to approximately conform to the interior surface: |

7

**RingConn Infringement Claim Chart – U.S. Pat. No. 11,188,124**

| Independent Claim 1 of the '124 patent | RingConn Smart Ring, Gen. 1 and Gen. 2 ("Accused Products") |
|---|---|
| | (image of ring cross-section with arrow labeled "Printed Circuit Board") |

## RingConn Infringement Claim Chart – U.S. Pat. No. 11,188,124

| Independent Claim 1 of the '124 patent | RingConn Smart Ring, Gen. 1 and Gen. 2 ("Accused Products") |
|---|---|
| | ![PCB approximately conforming to the interior surface; Interior surface] |
| **[1-B3]** one or more sensors disposed upon the printed circuit board, wherein the one or more sensors are selected from a group | The Accused Products include one or more sensors disposed upon the printed circuit board, wherein the one or more sensors are selected from a group consisting of: an accelerometer, a gyroscope, and a motion sensor, wherein the one or more sensors are configured to sense physical perturbations and to output sensed data: |

**RingConn Infringement Claim Chart – U.S. Pat. No. 11,188,124**

| Independent Claim 1 of the '124 patent | RingConn Smart Ring, Gen. 1 and Gen. 2 ("Accused Products") |
|---|---|
| consisting of: an accelerometer, a gyroscope, and a motion sensor, wherein the one or more sensors are configured to sense physical perturbations and to output sensed data; | https://ringconn.com/products/smart-ring<br><br>Sensor<br>• Photoplethysmography (PPG) Sensor × 4<br>• Temperature Sensor × 4<br>• 3D Accelerometer<br><br>*Id.* |
| **[1-B4]** a memory disposed upon the printed circuit board, the memory | On information and belief, the Accused Products include a memory disposed upon the printed circuit board, the memory configured to store one or more executable instructions. For example, RingConn advertises that the Accused Products include the "ability to temporarily store data" that would be stored in memory: |

10

**RingConn Infringement Claim Chart – U.S. Pat. No. 11,188,124**

| Independent Claim 1 of the '124 patent | RingConn Smart Ring, Gen. 1 and Gen. 2 ("Accused Products") |
|---|---|
| configured to store one or more executable instructions; | **Does RingConn Smart Ring have offline storage function?**<br><br>The RingConn smart ring utilizes Bluetooth connectivity for transmitting and synchronizing data. It also has the ability to temporarily store data for subsequent synchronization in case Bluetooth is deactivated. Nonetheless, please note that the ring can retain monitoring data offline for up to 7 days only. To ensure seamless data synchronization, we advise you to establish a Bluetooth connection between the ring and your phone within this 7-day window and synchronize the data to the app.<br><br>https://ringconn.com/products/smart-ring<br><br>In addition, the Accused Products include a printed circuit board, shown below based on tear down of the RingConn Smart Ring, that has a Silicon Lab's wireless SoCs and includes a 76.8 MHz ARM Cortex-M33 core that includes core memory, including flash program memory and RAM memory:<br><br>Silicon Labs EFR32BG22 Wireless Gecko SoC |

11

**RingConn Infringement Claim Chart – U.S. Pat. No. 11,188,124**

| Independent Claim 1 of the '124 patent | RingConn Smart Ring, Gen. 1 and Gen. 2 ("Accused Products") |
|---|---|
| | <br>https://www.silabs.com/documents/public/data-sheets/efr32bg22-datasheet.pdf (Page 1) |
| **[1-B5]** a short-range communication module disposed upon the printed circuit board, the short-range communications module configured to communicate a first set of data to a client computing device via a first communications protocol; | On information and belief, the Accused Products include a short-range communication module disposed upon the printed circuit board, the short-range communications module configured to communicate a first set of data to a client computing device via a first communications protocol.<br><br>**Connectivity**<br>• Bluetooth 5.2 (Low power bluetooth module)<br>• EMF-Safe and Allows Airplane Mode<br><br>https://ringconn.com/products/smart-ring<br><br>As discussed above, the Accused Products include a Silicon Lab's wireless SoC that is a single-die solution that combines 76.8 MHz ARM Cortex-M33 with 2.4 GHz radio for short-range communication: |

RingConn Infringement Claim Chart – U.S. Pat. No. 11,188,124

| Independent Claim 1 of the '124 patent | RingConn Smart Ring, Gen. 1 and Gen. 2 ("Accused Products") |
|---|---|
| |  https://www.silabs.com/documents/public/data-sheets/efr32bg22-datasheet.pdf (Page 1)<br><br>• **Radio Performance**<br>  • -106.7 dBm sensitivity @ 125 kbps GFSK<br>  • -98.9 dBm sensitivity @ 1 Mbit/s GFSK<br>  • -96.2 dBm sensitivity @ 2 Mbit/s GFSK<br>  • TX power up to 6 dBm<br>  • 2.5 mA radio receive current<br>  • 3.4 mA radio transmit current @ 0 dBm output power<br>  • 7.5 mA radio transmit current @ 6 dBm output power<br><br>*Id.* |

13

**RingConn Infringement Claim Chart – U.S. Pat. No. 11,188,124**

| Independent Claim 1 of the '124 patent | RingConn Smart Ring, Gen. 1 and Gen. 2 ("Accused Products") |
|---|---|
| **[1-B6]** a first temperature sensor configured to provide first temperature data associated with a temperature of a wearer of the wearable computing device, | The Accused Products include a first temperature sensor configured to provide first temperature data associated with a temperature of a wearer of the wearable computing device. For example, RingConn advertises that the Accused Products include temperature sensor to monitor a user's body temperature:<br><br>[Image of RingConn Smart Ring with callout: "Temperature Sensor — Monitor your body temperature, offer insights into health and wellness indicators."]<br><br>https://ringconn.com/products/smart-ring |
| **[1-B7]** a processor disposed upon the printed circuit board and coupled | The Accused Products include a processor disposed upon the printed circuit board and coupled to the battery, the one or more sensors, the memory, the short-range communication module, and the first temperature sensor, wherein the processor is configured to receive the sensed data, is configured to perform the one or |

**RingConn Infringement Claim Chart – U.S. Pat. No. 11,188,124**

| Independent Claim 1 of the '124 patent | RingConn Smart Ring, Gen. 1 and Gen. 2 ("Accused Products") |
|---|---|
| to the battery, the one or more sensors, the memory, the short-range communication module, and the first temperature sensor, wherein the processor is configured to receive the sensed data, is configured to perform the one or more executable instructions in response to the sensed data, and is configured to direct the short-range communication module to output data to the client computing device; and | more executable instructions in response to the sensed data, and is configured to direct the short-range communication module to output data to the client computing device:<br><br>For example, the Accused Products include a Silicon Lab's ARM Cortex-M33 processor:<br><br>[Silicon Labs EFR32BG22 block diagram showing Core/Memory with ARM Cortex M33 processor with DSP extensions, FPU and TrustZone highlighted, Clock Management, Energy Management, Security, Radio Subsystem, Serial Interfaces, I/O Ports, Timers and Triggers, Analog I/F]<br><br>https://www.silabs.com/documents/public/data-sheets/efr32bg22-datasheet.pdf (Page 1)<br><br>On information and belief, the processor is configured receive the sensed data, is configured to perform the one or more executable instructions in response to the sensed data, and is configured to direct the short-range communication module to output data to the client computing device. |
| **[1-C]** a potting material disposed in the interior space encapsulating the plurality of components, | The Accused Products include a potting material disposed in the interior space encapsulating the plurality of components, wherein the potting material forms an interior wall of the wearable computing device, wherein the potting material is substantially transparent to light selected from a group consisting of: visible light, infrared light, and ultraviolet light: |

15

**RingConn Infringement Claim Chart – U.S. Pat. No. 11,188,124**

| Independent Claim 1 of the '124 patent | RingConn Smart Ring, Gen. 1 and Gen. 2 ("Accused Products") |
|---|---|
| wherein the potting material forms an interior wall of the wearable computing device, wherein the potting material is substantially transparent to light selected from a group consisting of: visible light, infrared light, and ultraviolet light. | **Potting Material disposed in the interior space encapsulating the plurality of component** |

16