# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OURARING INC.<br><br>*Plaintiff,*<br><br>v.<br><br>RINGCONN LLC<br><br>*Defendant.* | Civil Action No. _____ |

### PLAINTIFF OURARING INC.'S
### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Ouraring Inc. hereby states as follows:

Ouraring, Inc. is a wholly-owned subsidiary of Oura Health Oy, a Finnish company. No other parent corporation or publicly-held corporation owns 10% or more of Oura's stock.

| | |
|---|---|
| DATED: September 10, 2024 | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
| *Of Counsel:* | */s/ Karen L. Pascale* |
| | Karen L. Pascale (#2903) |
| Janine A. Carlan | Robert M. Vrana (#5666) |
| Jasjit S. Vidwan | Rodney Square |
| Taniel E. Anderson | 1000 North King Street |
| **ARENTFOX SCHIFF LLP** | Wilmington, Delaware 19801 |
| 1717 K Street, NW | (302) 571-6600 |
| Washington, DC 20006-5344 | kpascale@ycst.com |
| Telephone: (202) 857-6000 | rvrana@ycst.com |
| janine.carlan@afslaw.com | |
| jasjit.vidwan@afslaw.com | *Attorneys for Plaintiff,* |
| taniel.anderson@afslaw.com | *Ouraring, Inc.* |