IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OURARING INC.,<br><br>    *Plaintiff,*<br><br>v.<br><br>RINGCONN LLC,<br><br>    *Defendant.* | Civil Action No. 24-1020-MN |

**AFFIDAVIT OF SERVICE PURSUANT TO 6 DEL. C. § 18-105(b)**

STATE OF DELAWARE    :
                                 : SS.
NEW CASTLE COUNTY  :

Karen L. Pascale, having been duly sworn according to law, deposes and says as follows:

1.    I am an attorney with the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for the plaintiff Ouraring Inc. in the above captioned matter.

2.    Upon information and belief, the defendant, Ring Conn LLC ("RingConn"), is resident of the State of Delaware.

4.    Upon information and belief, the Registered Agent for RingConn is American Business Services Ltd., 1224 North King Street, Wilmington, DE 19801.

5.    On September 10, 2024, copies of the Summons and Complaint were submitted to Parcels Inc. for service on RingConn c/o its registered agent American Business Services Ltd.

6.    On September 10, 2024, Parcels Inc. attempted service at 2:50 PM but was not successful because they could not locate the registered agent at that address. *See* Exhibit A.

7.    On September 10, 2024, at 3:41 PM, Parcels Inc. called the telephone number listed on the Delaware Secretary of State's website for the registered agent (657) 232-0111. No one from American Business Services Ltd. picked up and the voicemail was not set up to leave a message.

1

8. On September 10, 2024 at 4:04 PM, Parcels Inc. called the telephone number listed on the registered agent's annual report (302) 219-6808. No one picked up but they were able to leave a message. No one from that number returned their call.

9. The RingConn website address https://ringconn.com/pages/contact lists the location of the US office as 1226 North King Street, Number 292, Wilmington, DE 19801.

10. On September 11, 2024 at 12:00 PM, Parcels Inc. attempted service at both 1224 North King Street, Wilmington, DE 19801 as well as at 1226 North King Street, Wilmington, DE 19801. Once again, service was not successful because Parcels Inc. could not locate the registered agent at either address. *See* Exhibit A.

11. On September 18, 2024, Parcels Inc. served RingConn LLC pursuant to 6 Del. C. § 18-105(b) via hand delivery of the Summons and Complaint to the Delaware Secretary of State located at 401 Federal Street, Suite 4, Dover, DE 19901. *See* Exhibit B.

The foregoing is true and correct to the best of my knowledge, information and belief.

DATED: September 19, 2024

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen L. Pascale

Karen L. Pascale (#2903)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
kpascale@ycst.com
*Attorneys for Plaintiff, Ouraring Inc.*

SWORN TO AND SUBSCRIBED before me, a Notary Public in and for the State and County aforesaid, this 19th day of September 2024.

/s/ Dominic Joseph Fanelli
Notary Public

My Commission Expires: 4-17-26

DOMINIC JOSEPH FANELLI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 17, 2026

# Exhibit A

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | | |
|---|---|---|
| OURARING INC. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| RINGCONN LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RingConn LLC
c/o American Business Services Ltd.
1224 North King St.
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Karen L. Pascale
Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 N. King. St.
Wilmington, DE 19801
(302) 571-6600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    /s/ Randall Lohan
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-01020

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* RingConn LLC c/o American Business Services Ltd.
was received by me on *(date)* 09/10/2024 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because  See Additional Information _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/18/2024

Server's signature

John Garber - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801

*Server's address*

Additional information regarding attempted service, etc:

Service was attempted on:
9/10/2024 @ 2:50 p.m.
The company who occupies the building are not the agent (see picture). No one answered the doors at the give location.
9/11/2024 @ 12:00 pm.
There are 3 companies that occupies the space (Heritage Real Estate, Safe Driving School, Incredible Home Care Inc.) none of the companies are assciated with RingConn LLC or American Business Services Ltd.





# Exhibit B

UNITED STATES DISTRICT COURT

OURARING INC.,
    Plaintiff,

V.                                                  Case 1:24-cv-01020-UNA

RINGCONN LLC,
    Defendant.

AFFIDAVIT OF SERVICE

STATE OF DELAWARE    }
                                }ss.
COUNTY OF KENT       }

I, Tina Irizarry, of Parcels Inc., the State of Delaware, County of Kent, being duly sworn, says that on the 18th day of September 2024, at 3:13 p.m. I personally hand delivered a Summons and Complaint upon **RINGCONN LLC** by serving the Delaware Secretary of State located at 401 Federal Street Suite 4, Dover, DE 19901.

Left in the Service of Process bin

_____
Tina Irizarry
Parcels, Inc. 1111B South Governors Avenue
Dover, DE 19904

Subscribed and sworn before me
This 18th day of September 2024.
_____
Notary Public

My commission expires: _____

SHELLY RAE MILES
NOTARY PUBLIC
STATE OF DELAWARE
KENT COUNTY
20231113000003
My Commission Expires December 2, 2025