IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OURARING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 24-1020-MN |
| v. | ) | |
| | ) | |
| RINGCONN LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT RINGCONN'S UNOPPOSED MOTION TO STAY PENDING FINAL RESOLUTION OF ITC INVESTIGATION**

Defendant RingConn LLC ("RingConn") hereby moves this Court for a stay of the above-captioned case in its entirety pending the final resolution, including any appeals, of the parallel action filed by Plaintiff Ouraring Inc. ("Ouraring") before the United States International Trade Commission. Ouraring does not oppose RingConn's request. The reasons for the instant Motion are set forth in the Memorandum in Support of RingConn's Unopposed Motion to Stay, filed contemporaneously herewith.

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
amayo@ashbygeddes.com

*Attorneys for Defendant*

*Of Counsel:*

Ryan B. McCrum
Robert M. Breetz
JONES DAY
901 Lakeside Ave,
Cleveland, OH 44114
(216) 586-3939
rbmccrum@jonesday.com
rbreetz@jonesday.com

Dated: October 7, 2024

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1**

I hereby certify that counsel for the parties conferred on this motion, and Plaintiff, Ouraring, Inc., does not oppose a stay of this action.

*/s/ Andrew C. Mayo*

Andrew C. Mayo