IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OURARING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 24-1020-MN |
| v. | ) | |
| | ) | |
| RINGCONN LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING RINGCONN'S UNOPPOSED MOTION TO STAY**

And NOW this 8th day of October 2024, upon consideration of Defendant RingConn LLC's Unopposed Motion to Stay, IT IS HEREBY ORDERED that the above-referenced action is STAYED in its entirety pending final resolution, including any appeals, of the parallel action *Certain Smart Wearable Devices, Systems, and Components Thereof*; Inv. No. 337-TA-1398, filed by Plaintiff Ouraring Inc. before the United States International Trade Commission.

Within 14 days of the final resolution of the ITC Investigation, the parties shall file with the Court a notice of resolution of the ITC Investigation.

Maryellen Noreika
The Honorable Maryellen Noreika
United States District Judge