**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| OURARING INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>RINGCONN LLC,<br><br>*Defendant.* | Civil Action No. 24-1020-MN |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Now comes Ouraring Inc., by and through its counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and hereby voluntarily dismisses all of the claims asserted against Defendant, RingConn LLC, .in the above-captioned action WITH PREJUDICE. Defendant has not served an answer or a motion for summary judgment.

DATED: October 14, 2025

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Karen L. Pascale

Karen L. Pascale (#2903)
Robert M. Vrana (#5666)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
kpascale@ycst.com
rvrana@ycst.com

*Attorneys for Plaintiff,*
*Ouraring Inc.*

*Of Counsel:*

Janine A. Carlan
Taniel E. Anderson
**ARENTFOX SCHIFF LLP**
1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000
janine.carlan@afslaw.com
taniel.anderson@afslaw.com

Jasjit S. Vidwan
**MAYER BROWN LLP**
1999 K Street, NW
Washington, DC 20006
(202) 263-3000
JVidwan@mayerbrown.com

# CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on October 14, 2025, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record by e-mail:

| | |
|---|---|
| ***For Defendant, RingConn LLC:*** | |
| Andrew C. Mayo<br>ASHBY & GEDDES, P.A.<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899 | amayo@ashby-geddes.com |
| Ryan B. McCrum<br>Robert M. Breetz<br>**JONES DAY**<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114 | rbmccrum@jonesday.com<br>rbreetz@jonesday.com |

/s/ Karen L. Pascale
Karen L. Pascale (#2903) [kpascale@ycst.com]
**YOUNG CONAWAY STARGATT & TAYLOR LLP**
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
*Attorneys for Plaintiff, Ouraring Inc.*